IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN W. MCGASKEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:16-cv-126-JPG-DGW |
| | ) | |
| DEPUTY THEIL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Motion to Add Party filed by Plaintiff on March 10, 2016 (Doc. 9), the Motion for Subpoenas Duces Tecum filed by Plaintiff on March 21, 2016 (Doc. 11), and the Motion to Appoint Counsel filed by Plaintiff on March 21, 2016 (Doc. 12).

The Motion to Add Party is **DENIED**. Plaintiff seeks to add two new Defendants, the Fayette County Sheriff's Department and Fayette County, in order to assert a policy and practice claim pursuant to *Monell v. Department of Soc. Servs. of City of N.Y.C.*, 436 U.S. 658, 690 (1978). While Federal Rule of Civil Procedure 21 does permit the adding or dropping of a party, Plaintiff is in fact seeking to amend his complaint in order to add a new claim. Plaintiff may file a motion to amend provided that he submit a complete proposed amended complaint along with the motion to amend.

The Motion for Subpoenas Duces Tecum is **DENIED WITHOUT PREJUDICE**. Discovery in this matter shall not commence until Defendant files an Answer and the Court has entered a Scheduling Order. Plaintiff may refile his motion once a schedule has been entered in this matter.

The Motion for Appointment of Counsel is **DENIED WITHOUT PREJUDICE**. The Clerk of Court is directed to send to Plaintiff the form "Motion for Recruitment of Counsel." Plaintiff shall fill out the form and file it with the Clerk for review. Plaintiff should include any letters that he has sent to attorneys seeking representation and responses, if any.

**IT IS SO ORDERED.**

**DATED: April 28, 2016**

                                        **DONALD G. WILKERSON**
                                        **United States Magistrate Judge**